W. DANIEL BOONE, Bar No. 046553
WILLIAM A. SOKOL, Bar No. 072740
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU, UNITED HEALTHCARE WORKERS -- WEST,<br><br>Petitioner,<br><br>v.<br><br>ST. LUKE'S HOSPITAL,<br><br>Respondent, | No.   C 06-07123 CW |
| SEIU, UNITED HEALTHCARE WORKERS -- WEST,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA PACIFIC MEDICAL CENTER,<br><br>Respondent, | No.   C-06-07124 CW |
| SEIU, UNITED HEALTHCARE WORKERS -- WEST,<br><br>Petitioner,<br><br>v.<br><br>CALIFORNIA PACIFIC MEDICAL CENTER,<br><br>Respondent, | No.   C 06-07125 CW<br><br>ORDER GRANTING <u>VOLUNTARY REQUEST FOR DISMISSAL</u> |

1  Pursuant to Settlement Agreement between the parties, it is stipulated by Petitioner and
2  Respondent, through counsel, that this matter may be dismissed without prejudice. It is further
3  stipulated that each side will bear its own costs and attorneys' fees.

4  Dated: Feb 2, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
W. DANIEL BOONE
Attorneys for Petitioner

8  Dated: January 31, 2007

O'Melveny & Myers LLP

By: _____
JASON MAYO
Attorneys for Respondent

13  Dated: 2/8, 2007

IT IS SO ORDERED:

By: _____
UNITED STATES DISTRICT COURT JUDGE

19  114864/446799

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
VOLUNTARY REQUEST FOR DISMISSAL
Case No. CPF-06-506725